**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                    **Crim. Action No.: 1:22-CR-43**
                                                              **(Judge Kleeh)**

**THOMAS BRADLEY UPOLE, JR.,**

**Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 33],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On October 4, 2022, the Defendant, Thomas Bradley Upole, Jr. ("Upole"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count One of the Indictment, charging him with Failure to Update Sex Offender Registration, in violation of 18 U.S.C. § 2250(a). Upole stated that he understood that the magistrate judge is not a United States District Judge, and Upole consented to pleading before the magistrate judge.

This Court referred Upole's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

USA v. UPOLE                                           1:22-CR-43

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 33],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Based upon Upole's statements during the plea hearing, and
the Government's proffer establishing that an independent factual
basis for the plea existed, the magistrate judge found that Upole
was competent to enter a plea, that the plea was freely and
voluntarily given, that Upole understood the charges against him
and the consequences of his plea, and that a factual basis existed
for the tendered plea.  The magistrate judge issued a *Report and
Recommendation Concerning Plea of Guilty in Felony Case* ("R&R")
[ECF No. 33] finding a factual basis for the plea and recommending
that this Court accept Upole's plea of guilty to Count One of the
Indictment.

The magistrate judge **remanded** Upole to the custody of the
United States Marshals Service.

The magistrate judge also directed the parties to file any
written objections to the R&R within fourteen (14) days after
service of the R&R.  He further advised that failure to file
objections would result in a waiver of the right to appeal from a
judgment of this Court based on the R&R.  Neither Upole nor the
Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R
[ECF No. 33], provisionally **ACCEPTS** Upole's guilty plea, and

USA v. UPOLE                                                    1:22-CR-43

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 33],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

**ADJUDGES** him **GUILTY** of the crime charged in Count One of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Upole, and prepare a presentence investigation report for the Court;

2. The Government and Upole shall each provide their narrative descriptions of the offense to the Probation Officer by **October 28, 2022;**

3. The presentence investigation report shall be disclosed to Upole, his counsel, and the Government on or before **December 12, 2022;** however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence investigation report on or before **December 27, 2022;**

3

USA v. UPOLE                                                    1:22-CR-43

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 33],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

5.   Counsel's responses to objections to the presentence investigation report shall be filed on or before **January 3, 2023;**

6.   The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **January 17, 2023;** and

7.   Counsel may file any written sentencing memoranda or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **January 24, 2023.**

The Court further **ORDERS** that prior to sentencing, Upole's counsel shall review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Upole on **February 8, 2023,** at **1:00 p.m.,** at the **Clarksburg, West Virginia,** point of holding court.  If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

USA v. UPOLE                                                    1:22-CR-43

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 33],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: October 24, 2022

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA